UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSETH DAVID RIVAS-FONSECA,

Petitioner,

v. Case No.: 2:26-cv-02394-SPC-KRH

WARDEN OF GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Joseth David Rivas-Fonseca's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 4).

Rivas-Fonseca is a native of Honduras who entered the United States in 2019 and encountered Customs and Border Patrol (CBP). CBP commenced removal proceedings by issuing a notice to appear and released Rivas-Fonseca into the country pending the results of the removal case. He has no criminal record. On June 29, 2026, Immigration and Customs Enforcement arrested Rivas-Fonseca while executing a search warrant. Rivas-Fonseca was not named in the warrant and was not accused of any criminal conduct.

On July 20, 2026, an immigration judge found Rivas-Fonseca to be a flight risk and denied his request for release on bond. Rivas-Fonseca argues the bond hearing was unfair. But the proper way to challenge the result of a

bond hearing is appeal to the Board of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Rivas-Fonseca's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record